UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 15-2206, 15-2217, 15-2230, 15-2234, 15-2272, 15-2273, 15-2290, 15-2291, 15-2292, 15-2294, 15-2304, 15-2305

IN RE: NATIONAL FOOTBALL LEAGUE
PLAYERS' CONCUSSION INJURY LITIGATION

**MOTION FOR SUBSTITUTION,
PURSUANT TO FED. R. APP. P. 43(a)(1),
OF PAUL RAYMOND TURNER,
THE PERSONAL REPRESENTATIVE OF KEVIN TURNER,
FOR THE LATE KEVIN TURNER**

The undersigned Class Counsel and Paul Raymond Turner, the anticipated Personal Representative of Kevin Turner, respectfully move for Paul Raymond Turner's substitution in place of his late son, Kevin Turner, and in support thereof state as follows:

1. On April 22, 2015, the district court entered its Final Approval Order and Judgment. Appeals were filed and briefed; oral argument before this Court was held on November 19, 2015.

2. Kevin Turner passed away on March 24, 2016, as recognized by this Court in the Clerk's Text Order, dated April 6, 2016.

3. Pursuant to Federal Rule of Appellate Procedure 43(a)(1), "[i]f a party dies after a notice of appeal has been filed or while a proceeding is pending in the court of appeals, the decedent's personal representative may be substituted as a party on motion filed with the circuit clerk by the representative or by any party." FED. R. APP. P. 43(a)(1).

4. Paul Raymond Turner is the father of Kevin Turner and currently is seeking appointment as the Personal Representative of the Estate of Kevin Turner, consistent with the will. Kevin Turner's widow, Allison Sanford Turner, is supporting the appointment of Paul Raymond Turner as Personal Representative. Thus, it is anticipated that Paul Raymond Turner will shortly be appointed as Personal Representative of the Estate of Kevin Turner.[1] We will notify the Court as soon as the appointment process is formalized.

5. Kevin Turner's claims against the Appellees, National Football League and NFL Properties, LLC, survive his death and may be continued on his behalf by his personal representative. *See King v.*

---

[1] Although expedited disposition on the appointment of the Personal Representative is being sought, the undersigned are advised by local counsel in Alabama that the appointment could take several weeks.

*National Spa and Pool Institute, Inc.*, 607 So.2d 1241 (Ala. 1992); Ala. Code 1975 § 6-5-462.

6. Appellees, National Football League and NFL Properties, LLC, have represented to the undersigned that they do not oppose the Motion.

WHEREFORE, the Motion for Substitution should be granted and Paul Raymond Turner should be substituted as the authorized representative of Kevin Turner in his individual capacity.

Dated: April 12, 2016                    Respectfully submitted,

/s/ Christopher A. Seeger
Christopher A. Seeger (NY 2425304)
David R. Buchanan
TerriAnne Benedetto
Diogenes P. Kekatos
SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

*Co-Lead Class Counsel for Plaintiffs-Appellees*

Sol Weiss
ANAPOL SCHWARTZ
One Logan Square
130 North 18th Street
Suite 1600
Philadelphia, PA 19103
(215) 735-1130
sweiss@anapolschwartz.com

*Co-Lead Class Counsel for Plaintiffs-Appellees*

Samuel Issacharoff
40 Washington Square South
New York, NY 10012
(212) 998-6580

*Special Counsel for Class Plaintiffs-Appellees*

Arnold Levin
Frederick S. Longer
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500
*Subclass 1 Counsel for Plaintiffs-Appellees*

Dianne Nast
NAST LAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
(215)923-9300
*Subclass 2 Counsel for Plaintiffs-Appellees*

Steven C. Marks
Stephen F. Rosenthal
PODHURST ORSECK P.A.
City National Bank Bldg.
25 W. Flagler Street, Suite 800
Miami, FL 33130
(305)358-2800
*Class Counsel for
Plaintiffs-Appellees*

Gene Locks
David D. Langfitt
LOCKS LAW FIRM
The Curtis Center
601 Walnut Street
Suite 720 East
Philadelphia, PA 19106
(866)562-5752
*Class Counsel for
Plaintiffs-Appellees*

# CERTIFICATE OF SERVICE

I, Christopher A. Seeger, hereby certify that on the 12th day of April 2016, I electronically transmitted a true and correct copy of the foregoing document, Motion for Substitution, Pursuant To Fed. R. App. P. 43(a)(1), of Paul Raymond Turner, the Personal Representative of Kevin Turner, for the Late Kevin Turner, to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all attorneys of record who are ECF registrants.

/s/ *Christopher A. Seeger*
Christopher A. Seeger